IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ROMONA MATHEWS,

   *Plaintiff*,

v.

CHOPTANK COMMUNITY
HEALTH SYSTEM, INC.,
   *Defendant*.

Civil Action No. ELH-20-1255

# ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is this 28th day of December, 2020, by the United States District Court for the District of Maryland, hereby

**ORDERED**:

1) The Motion (ECF 42) is **GRANTED**; and

2) The Clerk shall CLOSE this case.

                        /s/
                Ellen Lipton Hollander
                United States District Judge